IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Criminal No. **09-30183-MJR** |
| ) | |
| **THE FOUR L'S, INC.,** ) | |
| ) | |
| Defendant. ) | |

## REPORT and RECOMMENDATION

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). Defendant appeared by its Secretary, Ted S. Thalmann who had been authorized by its Board of Directors to execute a plea agreement and stipulation of facts, to execute all other documents necessary to carry out the provisions of the plea agreement, and to enter a guilty plea on its behalf.

Pursuant to Federal Rule of Criminal Procedure 7(b), the Defendant was advised of the nature of the charge and its rights, and the Defendant waived its right to prosecution by indictment.

The Defendant entered a plea of guilty to the sole count of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have

sentence imposed accordingly.

**DATED: January 14, 2010.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

## NOTICE

Failure to file a written objection to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned U.S. District Judge. 28 U.S.C. 636(b)(1)(B).