IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.09-CR-30183-MJR |
| ) | |
| **FOUR Ls, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On January 14, 2010, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea to an Information charging Misbranding of a Drug in violation of 21 U.S.C. §§ 331(k), 333(a)(2), 352(a).

By Report and Recommendation dated January 15, 2010 (Doc. 10), Judge Proud recommended that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report and Recommendation. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 10), **ACCEPTS** Defendant's guilty plea, **ADJUDGES** Defendant guilty, and **DIRECTS** the United States Probation Office to prepare a presentence

investigation report.  Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **2:00 pm on May 14, 2010.**

       It Is So Ordered.

       Dated: February 8, 2010.

                            s/ *Michael J. Reagan*
                            MICHAEL J. REAGAN
                            United States District Judge